UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TOMMY D. GLASSMIRE,**

    **Plaintiff,**

v.                                                    Case No.  8:06-CV-2181-T-30TGW

**WINDOR SOUTH, INC. and
BARBERA DUVAL,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*. Plaintiff voluntarily dismissed its claims against Defendant Barbera Duval (Dkt. 29), and a default judgment in favor of Plaintiff against Defendant Windor South, Inc., was entered on November 1, 2007 (Dkt. 32). Accordingly, the **Clerk** is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2007.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-2181 Final Order.wpd